# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHANDA ROEUN, | § | |
| | § | |
| *Petitioner-Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03361-E |
| | § | |
| WARDEN of the Prairieland Detention Center; | § | |
| JOSHUA JOHNSON, Acting Dallas Field | § | |
| Office Director of ICE; TODD LYONS, | § | |
| Acting Director of U.S. Immigration and | § | |
| Customs Enforcement; KRISTI NOEM, | § | |
| Secretary of the U.S. Department of Homeland | § | |
| Security; and PAMELA BONDI, Attorney | § | |
| General of the United States, | § | |
| | § | |
| *Respondent-Defendants.* | § | |

## ORDER

On December 8, 2025, the Court entered the following order to ensure prompt and complete consideration of Petitioner-Plaintiff's requested relief:

> **Respondent-Defendants**—WARDEN of the Prairieland Detention Center; JOSHUA JOHNSON, Acting Dallas Field Office Director of ICE; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States—**or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to physically deport or remove Petitioner CHANDA ROEUN from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until <u>JANUARY 9, 2026</u>, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition.**

(ECF No. 4 at 2) (emphases in original). In light of the relief requested and the consequent supplementation and briefing from Petitioner-Plaintiff,[1] the Court determines that additional time to address the outstanding issues in this action. Additionally, the government has now appeared in this case. (ECF Nos 6; 7). Therefore, the Court enters the following orders.

**IT IS ORDERED THAT:**

1. **Respondent-Defendants**—WARDEN of the Prairieland Detention Center; JOSHUA JOHNSON, Acting Dallas Field Office Director of ICE; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States—**or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to physically deport or remove Petitioner CHANDA ROEUN from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until <u>Tuesday, March 31, 2026</u>, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition.**

2. The Court has reviewed the filings in this case and has determined that service and an expedited response from the United States Attorney's Office is required. The Court therefore INSTRUCTS the Clerk of the Court to electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

---

[1] (*See* ECF Nos. 8; 9; 10). (ECF No. 10-1) is an order from the Superior Court of the State of California that vacates a conviction, plea, and sentence relating to a prior conviction under California Penal Code § 1473.7(A)(1) in the State of California.

3.  The United States Attorney's Office—on behalf of Respondent-Defendants—shall file, by **Tuesday, March 10, 2026**, an answer, motion, or other response to the petition and requested injunctive relief (the "Response").

4.  Petitioner-Plaintiff Chanda Roeun may submit a reply brief to the Response by **Tuesday, March 17, 2026**. Any reply filed must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

5.  Case Referral: The Court hereby refers this habeas action to the undersigned United States Magistrate Judge David L. Horan for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

**SO ORDERED.**

21st day of January, 2026.


ADA BROWN
UNITED STATES DISTRICT JUDGE