IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANDA ROEUN, | § | |
| | § | |
| *Petitioner-Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03361-E |
| | § | |
| WARDEN OF THE PRAIRIELAND DETENTION CENTER, et al., | § § § | |
| | § | |
| *Respondent-Defendants* | § | |
| | § | |

# **ORDER**

On December 8, 2025, the Court entered the following original order to ensure prompt and complete consideration of Petitioner-Plaintiff's requested relief:

**Respondent-Defendants**—WARDEN of the Prairieland Detention Center; JOSHUA JOHNSON, Acting Dallas Field Office Director of ICE; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States—**or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to physically deport or remove Petitioner CHANDA ROEUN from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until JANUARY 9, 2026, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition.**

(ECF No. 4 at 2) (emphases in original). The Court extended this order on January 21, 2026 (ECF No. 11). In light of the relief requested and the consequent supplementation and briefing from Petitioner-Plaintiff,[1] the Court determines that additional time to address the outstanding issues in this action. Therefore, the Court enters the following orders.

**IT IS ORDERED THAT:**

1. **Respondent-Defendants**—WARDEN of the Prairieland Detention Center; JOSHUA JOHNSON, Acting Dallas Field Office Director of ICE; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Acting Secretary of the U.S. Department of Homeland Security in his official capacity[1]; and PAMELA BONDI, Attorney General of the United States—**or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to physically deport or remove Petitioner CHANDA ROEUN from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until <u>Friday, May 1, 2026</u>, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition.**

2. The Court has reviewed the filings in this case and has determined that service and an expedited response from the United States Attorney's Office is required. The Court therefore INSTRUCTS the Clerk of the Court to electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

---

[1] Per Federal Rules of Civil Procedure 25(d), "An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution."

**SO ORDERED.**

13th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE